# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
|---|---|
| v. | on Rule 5 Hearing |
| JESUS BOJORQUEZ | CASE NUMBER **19-MJ-1342** |

HONORABLE WILLIAM E. DUFFIN, presiding     Court Reporter: Liberty
Deputy Clerk: Tony Byal     Hearing Began: 2:40:36
Hearing Held: October 24, 2019 at 2:30 PM     Hearing Ended: 2:49:54

**Appearances:**
UNITED STATES OF AMERICA by: Gail Hoffman
JESUS BOJORQUEZ, in person, and by: Gabriela Leija     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☐ None ☑ Sworn: Alexandra Wirth

☑ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties and fines

☐ Defendant waives right to an identity hearing
☐ Defendant to be transported by the U.S. Marshal to Southern District of Ohio
☐ Defendant to be released on O/R bond to appear in Southern District of Ohio on Select

Maximum penalties:
Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, 5 years SR, $100 SA

Government:
- Seeking detention.

Defense:
- There are two names listed on the criminal complaint. Defendant advises his name is the alias listed on the complaint.
- Requests to challenge identity.

Court:
- Sets Identity Hearing/Detention Hearing for 10/29/2019 at 9:30 AM
- Orders defendant temporarily detained.